IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM ALLEN VICKERS,       )
                             )
            Plaintiff,       )
                             )
    v.                       )     1:17CV901
                             )
KIMBERLY CHAVIS,             )
                             )
            Defendant.       )

ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 1, 2017, was served on the parties in this action. No objections were filed within the time prescribed by § 636.

Plaintiff did file a motion for appointment of counsel. [Doc. #5.] In light of the recommendation of dismissal, the Court denies this motion. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for appointment of counsel [Doc. #5] is **DENIED**.

**IT IS FURTHER ORDERED** that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation. A

judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of January, 2018.

                                           <u>/s/ N. Carlton Tilley, Jr.</u>
                                      Senior United States District Judge